# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Janet Jones | CASE NO.: 1:08-cv-00547 |
| Plaintiff, | JUDGE: John F. Grady |
| v. | |
| Central Portfolio Control, Inc. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:  s/Timothy J. Sostrin
    Timothy J. Sostrin
    Attorney for Plaintiff
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    Tjs@legalhelpers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Central Portfolio Control, Inc.
c/o Robert P. Reiter, Registered Agent
16526 W. 78th St., #107
Eden Prairie, MN 55346

                                                  s/Timothy J. Sostrin